IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:11CV138-RLV-DSC

| | |
|---|---|
| REBECCA MACHELLE MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE PNC FINANCIAL SERVICES GROUP, INC., et. al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Jonathan R. Shank and Gina D. Wodarski]" (documents ##17-18) filed December 12, 2011. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: December 12, 2011

David S. Cayer
United States Magistrate Judge